JON M. SANDS
Federal Public Defender
**GUENEVERE D. NELSON-MELBY**
Assistant Federal Public Defender
State Bar No. 024745
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
Guenevere_Nelson-Melby@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Pablo Antonio Silva,<br><br>        Defendant. | CR26-00077-TUC-AMM-BGM<br><br>**MOTION TO CONTINUE DETENTION HEARING**<br><br>(Third Request – Unopposed) |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

Pablo Antonio Silva, through undersigned counsel, respectfully requests that his detention hearing, currently set for February 5, 2026, be continued for approximately one month. This request is made for the following reasons:

1. The initial detention hearing was reset to give time for defense to determine if the outstanding warrants could be quashed. Requests to quash warrants have been sent to courts and we are awaiting responses.

2. Assistant United States Attorney Alessandra C. Bermudez does not oppose this request.

//

1

RESPECTFULLY SUBMITTED:    February 4, 2026.

JON M. SANDS
Federal Public Defender

*s/ Guenevere D. Nelson-Melby*
**GUENEVERE D. NELSON-MELBY**
Assistant Federal Public Defender